# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCT SOLUTIONS INTERNATIONAL, INC., a California corporation;<br><br>Plaintiff;<br><br>v.<br><br>IGO CONSOLIDATED CORPORATION SDN BHG, a Malaysian corporation; FORMOSA PROSONIC EQUIPMENT, SDN BHG; a Malaysian corporation; and DOES 1- 20, inclusive;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.:  CV 09-07425 R (CTx)<br><br>ORDER CONFIRMING FINAL ARBITRATION AWARD AND ENTRY OF JUDGMENT |

///

///

///

WHEREAS, all the parties in this action have stipulated to have this action determined by binding arbitration before the retired Justice of the California Court of Appeal, John Zebrowski ("Arbitrator");

WHEREAS, on July 13, 2010, all the parties in this action filed with this Court a Stipulation to dismiss this action without prejudice, with this Court retaining jurisdiction to enforce the Arbitrator's final award and to have judgment entered in accordance with the Arbitrator's final award upon a properly noticed motion by any of the parties or by the stipulation of all parties; and

WHEREAS, all the parties in this action have also filed a Stipulation Confirming Final Arbitration Award and For Entry of Judgment stipulating to the confirmation of the Arbitrator's final award attached to that Stipulation, entry of this Order, and for entry of judgment in conformity therewith ("Stipulation").

Upon consideration of the Stipulations,

**IT IS HEREBY ORDERED THAT** the final award of the Arbitrator is confirmed in all respects and that judgment be entered in conformity therewith

**IT IS SO ORDERED**.

Date: _May 17, 2013

_____
Hon. Manuel L. Real,
United States District Judge