cc: Fiscal Section

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRODUCT SOLUTIONS INTERNATIONAL, INC.,** a California corporation;<br><br>**Plaintiff;**<br><br>v.<br><br>**IGO CONSOLIDATED CORPORATION SDN BHG,** a Malaysian corporation; **FORMOSA PROSONIC EQUIPMENT, SDN BHG;** a Malaysian corporation; and DOES 1- 20, inclusive;<br><br>**Defendants.**<br><br>**AND RELATED COUNTERCLAIMS** | **CASE NO.: CV 09-07425 R (CTx)**<br><br>**JUDGMENT** |

///
///

JUDGMENT

WHEREAS, all the parties in this action have stipulated to have this action determined by binding arbitration before the retired Justice John J. Zebrowski ("Arbitrator");

WHEREAS, all the parties in this action have also filed a Stipulation Confirming Final Arbitration Award, Entry of an Order Confirming the Final Arbitration Award, and For Entry of Judgment,

NOW THEREFOR,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

**Monetary Relief**

1. IGO Consolidated Corporation SDN BHG and Formosa Prosonic Equiptment, SDN BHG shall jointly and severally, pay the sum of $366,000 (Three Sixty Six Thousand Dollars) to Product Solutions International, Inc. for breach of the Representation Agreement. It is an express finding of this Arbitrator that Product Solutions, Inc., is not, and was not, the alter ego of MTN Products, Inc., and vice versa, nor any other entity involved in this litigation, but instead each was a separate corporation maintaining at all relevant times its own separate existence;

2. IGO Consolidated Corporation SDN BHG and Formosa Prosonic Equiptment, SDN BHG shall take nothing by their Amended Counterclaim against Product Solutions International, Inc. and MTN Products, Inc.; and

3. IGO Consolidated Corporation SDN BHG and Formosa Prosonic Equipment, SDN BHG, shall jointly and severally pay the sum of $550,000 (Five Hundred Fifty Thousand Dollars) to MTN Products Inc.

-2-
JUDGMENT

### Declaratory Relief

4. Ownership of tooling and manufacturing equipment related to the manufacture of Horizons Bottom-Loading coolers, limited to that in the possession of IGO Consolidated Corporation SDN BHG and/or Formosa Prosonic Equipment, SDN BHG, is confirmed to IGO Consolidated Corporation SDN BHG and Formosa Prosonic Equipment, SDN BHG. No monetary award is made in connection therewith; and

5. Ownership of the intellectual property, including but not limited to, all patents, patent applications, pending patents, continuation applications and subsequent patents, etc. for the Horizons Bottom-Loading Cooler is confirmed to MTN Products Inc. In the event that patent counsel determines that any further documentation is necessary to so confirm, IGO Consolidated Corporation SDN BHG and/or Formosa Prosonic Equipment, SDN BHG and their agents, servants, employees, and each of them are ordered to forth with comply with any reasonable request for documentation to be supplied to any governmental entity, wherever located, and if they fail to do so within a commercially reasonable time, MTN Products, Inc. is nominated as a special power of attorney to accomplish that task, with all rights thereunder.

### Costs and Prejudgment Interest

6. Costs are awarded to MTN Products, Inc. and against IGO Consolidated Corporation SDN BHG and Formosa Prosonic Equipment, SDN BHG in the amount of $26,257.76;

7. Costs are awarded to Product Solutions, Inc. and against IGO Consolidated Corporation SDN BHG and Formosa Prosonic Equipment, SDN BHG in the amount of $32,463.98;

8. Product Solutions, Inc. is awarded pre-judgment interest from IGO Consolidated Corporation SDN BHG and Formosa Prosonic Equipment, SDN BHG in the

amount of $140,283.00 plus $100.27 per day from April 1, 2013, until paid and/or until the Arbitration Award is transformed into a signed court judgment and thereafter is entitled to post judgment as provided by law.

Date: <u>May 17, 2013</u>

_____
Hon. Manue L. Real United States District Judge